# U.S. District Court
# DISTRICT OF KANSAS (Kansas City)
# CRIMINAL DOCKET FOR CASE #: 2:17−mj−08226−TJJ All Defendants

Case title: USA v. McCraw  
Other court case number: 17−CR−00407−CMA District of Colorado

Date Filed: 10/31/2017  
Date Terminated: 11/03/2017

Assigned to: Magistrate Judge Teresa J. James

**Defendant (1)**

**Ryan Charles McCraw**  
*28923−031*  
*Custody*  
***TERMINATED: 11/03/2017***

represented by **David M. Magariel**  
Office of Federal Public Defender – KCK  
500 State Avenue, Suite 201  
Kansas City, KS 66101−2400  
913−825−6922  
Alternative Phone:  
Cell Phone:  
Email: david_magariel@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*  
*Bar Number: 21748*  
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Removal of arrested defendant to District of Colorado (18:2422(b)− Coercion and Enticement). | |

**Plaintiff**

**USA**  

represented by **David Paxton Zabel**  
Office of United States Attorney – Kansas City  
500 State Avenue, Suite 360  
Kansas City, KS 66101  
913−551−6730  
Fax: 913−551−6541

Alternative Phone:  
Cell Phone:  
Email: david.zabel@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*  
*Bar Number: 17887*  
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2017 | | ARREST (Rule 5(c)(3) Out) of Ryan Charles McCraw. (kao) (Entered: 11/01/2017) |
| 10/31/2017 | 1 | MINUTE ENTRY for proceedings held before Magistrate Judge Teresa J. James: FPD appointed. INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Ryan Charles McCraw held on 10/31/2017. Identity Hearing – Waived. Defendant orally moves for a detention hearing. A continuance of that hearing is granted. Detention Hearing set for 11/3/2017 at 02:30 PM in KC Courtroom 223 (JPO) before Magistrate Judge James P. O'Hara. Temporary detention Ordered; defendant remanded to custody. (Tape #3:35 FTR/JPO.) (kao) (Entered: 11/01/2017) |
| 10/31/2017 | 2 | CJA 23 FINANCIAL AFFIDAVIT by Ryan Charles McCraw. (kao) (Entered: 11/01/2017) |
| 10/31/2017 | 3 | WAIVER of of Rule 5 & 5.1 (Identity Hearing) by Ryan Charles McCraw. (kao) (Entered: 11/01/2017) |
| 11/02/2017 | 4 | ENTRY OF APPEARANCE: by attorney David M. Magariel appearing for Ryan Charles McCraw. (Magariel, David) (Entered: 11/02/2017) |
| 11/02/2017 | 5 | NOTICE OF HEARING CHANGE as to Defendant Ryan Charles McCraw <span style="color:red">THIS IS AN OFFICIAL NOTICE FOR THIS HEARING</span> (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Detention Hearing set for 11/3/2017 at 2:00 PM in KC Courtroom 223 (JPO) before Magistrate Judge James P. O'Hara. (ss) (Entered: 11/02/2017) |
| 11/03/2017 | 6 | MINUTE ENTRY for proceedings held before Magistrate Judge James P. O'Hara: DETENTION HEARING as to Ryan Charles McCraw held on 11/3/2017. Oral motion for pretrial detention by USA granted. Detention ordered. Defendant remanded to custody. (Tape #FTR: 2:08.) (Attachments: #(1) District of Colorado Indictment, #(2) Sealed Commitment to Another District) (mg) (Entered: 11/03/2017) |
| 11/03/2017 | 7 | ORDER OF DETENTION as to Ryan Charles McCraw. Signed by Magistrate Judge James P. O'Hara on 11/03/2017. (mg) (Entered: 11/03/2017) |
| 11/03/2017 | 8 | RULE 5(c)(3) REMOVAL HEARING PAPERS SENT TO District of Colorado as to Ryan Charles McCraw. (mg) (Entered: 11/03/2017) |
| 11/03/2017 | 9 | **NOTICE to District of Colorado of a Rule 5 or Rule 32 Initial Appearance as to Ryan Charles McCraw. Your case number is: 17–cr–00407–CMA. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to [ksd_clerks_kansascity@ksd.uscourts.gov]. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (mg)** (Entered: 11/03/2017) |

# CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.                                                                                                  Case No: 17-8226-TJJ

**RYAN CHARLES MCCRAW**

AUSA: Dave Zabel
Counsel for Defendant: David Magariel (fpd)

| | | | |
|---|---|---|---|
| **JUDGE:** | Teresa J. James | **DATE:** | October 31, 2017 |
| **DEPUTY CLERK:** | Yolanda Holman | **TIME:** | FTRJpo:  3:35 p.m. |
| **INTERPRETER:** | N/A | **PRETRIAL/PROBATION:** | Amanda Hudson |

Length of Hearing:   0   Hr(s)   15   Min(s)                                        Location:  Kansas City, Kansas
Hearing Concluded:   (x) Yes ( ) No

## PROCEEDINGS

(x)  Initial Appearance              ( )  Initial Revocation Hearing     ( )  Bond Hearing
(X)  Identity Hearing                ( )  Held  (X)  Waived              ( )  Bond Revocation Hearing
( )  Preliminary Hearing             ( )  Held  ( )  Waived              ( )  Arraignment
( )  Detention Hearing               ( )  Held  ( )  Waived              ( )
( )  Scheduling Conference           ( )  Held  ( )  Waived

( )  Interpreter                     ( )  Sworn                          ( )  Previously sworn
(x)  Charges and penalties explained to defendant
(x)  Defendant sworn and examined re: financial ability to retain counsel
(x)  Counsel appointed                                 ( )  At defendant's expense
(x)  Constitutional rights explained                   (x)  Felony      ( )  Misdemeanor
( )  Defendant declined to waive indictment            ( )  Will be presented by next Grand Jury
( )  Signed Waiver of Indictment
( )  Advised of rights under Rule 20
( )  Signed Consent to Transfer (Rule 20)
( )  Petition to Enter Plea Filed                      ( )  Plea Agreement Attached
( )  Transferred to:
( )  ARRAIGNMENT AND PLEA:                                                  ( )  No. of Counts:
     ( )  Waived Reading of    ( )  Indictment    ( )  Information         ( )  Read to Defendant
     ( )  Previous Plea        ( )  Guilty        ( )  Not Guilty    Counts:
     ( )  Guilty                                                     Counts:
     ( )  Not Guilty                                                 Counts:

( )  Bail denied                 ( )  Bail fixed at                    ( )  Bail remain at
( )  $                           ( )  Unsecured                        ( )  Secured
( )  Release Order               ( )  Executed                         ( )  Continued in effect
( )  Deft. remanded to custody   ( )  Pending compliance with conditions of release
(x)  Temporary Detention Ordered

**Deft's next appearance:**   Detention Hearing set Friday, November 3, 2017 at 2:30 p.m. before Magistrate Judge James P. O'Hara.

**Miscellaneous:**   Defendant orally moves for a detention hearing.   A continuance of that hearing is granted.

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

FOR THE **FILED** DISTRICT OF KANSAS

OCT 31 2017

UNITED STATES OF AMERICA

TIMOTHY M. O'BRIEN CLERK
By _____ Deputy

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

RYAN CHARLES MCCRAW

CASE NUMBER: 17-8226-TJJ

Defendant

CHARGING DISTRICTS
CASE NUMBER: 17-cr-00407-CMA

I understand that charges are pending in the _____ District of Colorado

alleging violations of __18: 2422(b), 2251(a) and (e) 2252A(a)(2) and (b)(1)__ and that I have been
(Title and Section)
Coercion and Enticement. Production of Child Pornography, Transportation of Child Pornography
arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

10-31-17
Date

_____
Defense Counsel

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   17-8226-TJJ |
| RYAN CHARLES MCCRAW | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RYAN CHARLES MCCRAW.

Date:   November 2, 2017

s/ David Magariel
*Attorney's signature*

DAVID MAGARIEL 21748
*Printed name and bar number*

500 State Avenue, Suite 201,
Kansas City, Kansas 66101
*Address*

david_magariel@fd.org
*E-mail address*

(913) 551-6712
*Telephone number*

(913) 551-6562
*FAX number*

## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.                                                                                              Case No: 17-8226-TJJ

Ryan C. McCraw                                                               AUSA: Dave Zabel
                                                                                      Counsel for Defendant: David Magariel

| | | |
|---|---|---|
| **JUDGE:** | James P. O'Hara | **DATE:** 11/3/17 |
| **DEPUTY CLERK:** | Sarah Spegal | **TIME:** FTR: 2:08 |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** Amanda Hudson |

Length of Hearing: 1 Hour 22 Minutes                                    Location:  Kansas City, Kansas
Hearing Concluded:   (x) Yes ( ) No

### PROCEEDINGS

( ) Initial Appearance            ( ) Initial Revocation Hearing      ( ) Bond Hearing
( ) Identity Hearing              ( ) Held  ( ) Waived                ( ) Bond Revocation Hearing
( ) Preliminary Hearing           ( ) Held  ( ) Waived                ( ) Arraignment
(X) Detention Hearing             (X) Held  ( ) Waived                ( )
( ) Scheduling Conference         ( ) Held  ( ) Waived

( ) Interpreter                           ( ) Sworn                       ( ) Previously sworn
( ) Charges and penalties explained to defendant
(X) Defendant placed under oath
( ) Counsel appointed                     ( ) At defendant's expense
( ) Constitutional rights explained       ( ) Felony     ( ) Misdemeanor
( ) Defendant declined to waive indictment ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights under Rule 20
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed          ( ) Plea Agreement Attached
( ) Transferred to:
( ) ARRAIGNMENT AND PLEA:                                             ( ) No. of Counts:
    ( ) Waived Reading of      ( ) Complaint    ( ) Information       ( ) Read to Defendant
    ( ) Previous Plea          ( ) Guilty       ( ) Not Guilty        Counts:
    ( ) Guilty                                                         Counts:
    ( ) Not Guilty                                                     Counts:

( ) Bail denied                   ( ) Bail fixed at                   ( ) Bail remain at
( ) $                             ( ) Unsecured                       ( ) Secured
( ) Release Order                 ( ) Executed                        ( ) Continued in effect
(X) Deft. remanded to custody     ( ) Pending compliance with conditions of release
(X) Detention Ordered

Government's motion for pretrial detention is granted.

*Commitment to another district given to Marshals.   Defendant to be transported to District of Colorado.

**Miscellaneous:** FBI agent Philip Jones testifies. Exhibits 1, 2, 3, 4 are admitted into evidence. Exhibits given back to government.

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| 1. RYAN CHARLES MCCRAW | ) Case No. 17-cr-00407-CMA |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RYAN CHARLES MCCRAW  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Coercion and Enticement in violation of 18 USC Section 2422(b); Production of Child Pornography in violation of 18 USC Sections 2251(a) and (e); Transportation of Child Pornography in violation of 18 USC Section 2252A(a)(2) and (b)(1).

Date: 10/26/2017

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

| | |
|---|---|
| DEFENDANT: | RYAN CHARLES MCCRAW |
| YOB: | 1980 |
| ADDRESS | Aurora, CO |
| COMPLAINT FILED? | _____ Yes   __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER _____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ Yes  _____ No
If No, a new warrant is required

OFFENSE(S): **Counts 1 and 3:** Coercion and Enticement and Attempted Coercion and Enticement, Title 18 U.S.C. Section 2422(b)
**Count 2 and 4:** Production of Child Pornography and Attempted Production of Child Pornography, Title 18 U.S.C. Section 2251(a) and (e)
**Count 5**: Transportation of Child Pornography (18 U.S.C. § 2252A(a)(2) and (b)(1))

**Forfeiture Allegation**

LOCATION OF OFFENSE: Adams County, Colorado

PENALTY: **Counts 1 and 3:**  NLT 10 years and NMT life imprisonment, NMT $250,000 fine, or both; supervised release of NLT 5 years and NMT life; $100 Special Assessment.
**Count 2 and 4:**  NLT 15 years, NMT 30 years imprisonment, NMT $250,000 fine or both, supervised release of NLT 5 years and NMT life, $100 Special Assessment Fee for the first offense; however, if defendant has a prior conviction under Chapters 110, 71, 109A, 117, Title 18 section 1591, or under section 920 of title 10 of the United States Code (article 120 of the Uniform Code of Military Justice), or under the law of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment or transportation of child pornography, or sex trafficking of children, NLT 25 years, NMT 50 years imprisonment, NMT $250,000 fine or both, supervised release of NLT 5 years and NMT life, $100 Special Assessment Fee; with two such convictions, the penalty is NLT 35 years, NMT life, NMT $250,000 fine, $100 Special Assessment Fee, supervised release of NLT 5 years and NMT life.
**Count 5:**  For first offense, NLT 5 years and NMT 20 years imprisonment, NMT $250,000 fine, or both; supervised release of NLT 5 years and NMT life; $100 Special Assessment.  If defendant has a prior conviction under Title 18 Chapters

1

110, 71, 109A, or 117; Title 18 section 1591; or under Section 920 of Title 10 of the United States Code (Article 120 of the Uniform Code of Military Justice); or under the law of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment or transportation of child pornography, or sex trafficking of children, NLT 15 years and NMT 40 years imprisonment, NMT $250,000 fine, or both; supervised release of NLT 5 years and NMT life; $100 Special Assessment. For offenses under Chapters 77, 109A, 110, 117 committed on or after May 29, 2015, $5,000 Special Assessment if the defendant is a non-indigent person.

AGENT: SA Philip Jones, FBI

AUTHORIZED BY: Valeria Spencer
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X  more than 5 days

THE GOVERNMENT

 X   will seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE: ___ Yes      X  No

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 17-cr-00407-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RYAN CHARLES MCCRAW,

    Defendant.

**INDICTMENT**

Count One: Coercion and Enticement (18 U.S.C. § 2422(b))
Count Two: Production of Child Pornography (18 U.S.C. § 2251(a) and (e))
Count Three: Coercion and Enticement (18 U.S.C. § 2422(b))
Count Four: Production of Child Pornography (18 U.S.C. § 2251(a) and (e))
Count Five: Transportation of Child Pornography (18 U.S.C. § 2252A(a)(2) and (b)(1))

Forfeiture Allegation

The Grand Jury charges that:

## COUNT ONE

From on or about March 29, 2017, through on or about June 3, 2017, in the State and District of Colorado, the defendant, **RYAN CHARLES MCCRAW,** using the mail and any facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice and coerce an individual who has not attained the age of 18 years, to wit: "Minor #1," a minor child, to engage in sexual activity for which any person can be charged with a criminal offense,

1

and attempted to do so.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

From on or about March 29, 2017, through on or about June 3, 2017, in the State and District of Colorado, the defendant, **RYAN CHARLES MCCRAW,** did employ, use, persuade, induce, entice, and coerce a person under the age of 18 years, to wit: "Minor #1," a minor child, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and where such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and attempted to do so.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT THREE

From on or about March 18, 2017, through on or about July 10, 2017, in the State and District of Colorado, the defendant, **RYAN CHARLES MCCRAW,** using the mail and any facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice and coerce an individual who has not attained the age of 18 years, to wit: "Minor #2," a minor

child, to engage in sexual activity for which any person can be charged with a criminal offense, and attempted to do so.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR

From on or about March 18, 2017, through on or about July 10, 2017, in the State and District of Colorado, the defendant, **RYAN CHARLES MCCRAW,** did employ, use, persuade, induce, entice, and coerce a person under the age of 18 years, to wit: "Minor #2," a minor child, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and where such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and attempted to do so.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT FIVE

From on or about April 9, 2017, through on or about April 24, 2017, in the State and District of Colorado, **RYAN CHARLES MCCRAW**, defendant herein, did knowingly transport and ship child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), using

any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One through Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2428 and 2253, respectively.

2. Upon conviction of any of the violations alleged in Counts One through Five of this Indictment involving violations of Title 18, United States Code, Sections 2422(b), 2251(a) or 2252A(a)(2) defendant **RYAN CHARLES MCCRAW** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, any and all of the defendant's right, title and interest in:

    a)  any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation; and

    b)  any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of the violation.

3. Upon conviction of any of the violations alleged in Counts Two and Four of this Indictment involving violations of Title 18, United States Code, Section 2252A, defendant **RYAN CHARLES MCCRAW** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all of the defendant's right, title and interest in:

    a.  any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Title 18, or any book, magazine, periodical, film or

4

        videotape, or other matter, which contains any such visual depiction, which was produced, transported, mailed, shipped, or received;

    b.    any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.    any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

4. The property subject to forfeiture, pursuant to Title 18 U.S.C. Sections 2428 and 2253, includes, but is not limited to, the following items: (1) Canon Power Shot camera, (2) HP Pavilion laptop, serial # MXX5430NGS, (3) Sony Play Station 3, (4) Apple iPhone 7, A1661, FCC ID: BCG-E3087A, (5) Apple iPhone watch, (6) Amazon Tablet. Upon conviction of any of the violations alleged in Counts Two or Four of this Indictment involving violations of Title 18, United States Code, Section 2251, if any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 2253(b), to seek

forfeiture of any other property of said defendant up to the value of the forfeitable property.

                                                                    A TRUE BILL:

                                        <u>Ink signature on file in the Clerk's Office</u>
                                        FOREPERSON

ROBERT C. TROYER
Acting United States Attorney


By: <u>*s/ Valeria N. Spencer*</u>
Valeria N. Spencer
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California, Ste. 700
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: Valeria.Spencer@usdoj.gov

ATTORNEY FOR THE UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                              D. Kan.Case No. 17-8226-TJJ
                                  D. Colo. Case No. 17-cr-00407-CMA

RYAN C. MCCRAW,

        Defendant.

## DETENTION ORDER

**A.**    **Order for Detention.**

After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) on November 3, 2017, the undersigned U.S. Magistrate Judge, James P. O'Hara, hereby orders the defendant, Ryan C. McCraw, detained pursuant to 18 U.S.C. §§ 3142(e) & (i).

**B.**    **Statement of Reasons for Detention.**

The court finds by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of the community. Specifically, defendant poses a serious risk of sexual abuse of minors. The court also finds by a preponderance of the evidence that defendant poses a serious flight risk.

**C.**    **Findings of Fact.**

The court's findings in connection with the decision to detain defendant are based on the evidence presented during the detention hearing, and information contained in the pretrial services report, including the following:

    ☒ (1) Nature and circumstances of the offenses charged in the present case:

        ☒ (a)   Counts 1 and 3: Title 18 U.S.C. § 2422(b) - Coercion and Enticement of minors to engage in sexual activity.
      Count 2 ad 4: Title 18 U.S.C. § 2251(a) and (e) - Production of Child Pornography
      Count 5: Title 18 U.S.C. § 2252A(a)(1) and (b)(1) - Transportation of Child Pornography
        ☒ (b)   The charged offenses involve three separate minor victims (the evidence suggests numerous victims).

    (2) The record indicates the Government has a very strong case against defendant.

☒ (3) Aside from the stark evidence surrounding the instant offenses, the court acknowledges defendant has no history or characteristics suggesting he is a danger to the community. But defendant's continued deviant sexual conduct despite learning he was under investigation by law enforcement, and his attempts to instruct his victims to lie about their ages, strongly do suggest he's a danger to the community.

Defendant attempted suicide in March 2017; defendant's mother believes he may suffer from depression, and he's never sought mental health counseling.

Defendants recently searched by computer which countries would not allow extradition to the United States. Defendant has not provided accurate information to Pretrial Services with respect to whether he resides in Kansas or Oklahoma.

☒ (4) The threat of continued sexual abuse of minors if defendant were released obviously poses a very serious risk of danger to the community.

☒ (5) Rebuttable presumption.

In determining that defendant should be detained, the court also relied on a rebuttable presumption contained in 18 U.S.C. § 3142(e), i.e., there is probable cause to believe defendant committed offenses involving minor victims under 18 U.S.C. §§ 2251, 2252A, & 2422. Given his lack of criminal history or drug/alcohol abuse, and his employment status, the court finds defendant has rebutted (just barely) the above-described statutory rebuttable presumption. Nevertheless, the presumption remains a factor (among all others) to be considered in deciding whether to detain defendant.

**D.     Additional Directives.**

Pursuant to 18 U.S.C. §§ 3142(i)(2)-(4), the court directs defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel of record in this case. On order of a court of the United States, or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated:   11/3/17                              s/ James P. O'Hara
                                              James P. O'Hara
                                              U.S. Magistrate Judge

# U.S. District Court
## DISTRICT OF KANSAS (Kansas City)
## CRIMINAL DOCKET FOR CASE #: 2:17−mj−08226−TJJ All Defendants

Case title: USA v. McCraw  
Other court case number: 17−CR−00407−CMA District of Colorado

Date Filed: 10/31/2017

Assigned to: Magistrate Judge Teresa J. James

**Defendant (1)**

**Ryan Charles McCraw**  
*28923−031*  
*Custody*

represented by **David M. Magariel**  
Office of Federal Public Defender − KCK  
500 State Avenue, Suite 201  
Kansas City, KS 66101−2400  
913−825−6922  
Alternative Phone:  
Cell Phone:  
Email: david_magariel@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*  
*Bar Number: 21748*  
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Removal of arrested defendant to District of Colorado (18:2422(b)− | |

Coercion and Enticement).

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **David Paxton Zabel**<br>Office of United States Attorney – Kansas City<br>500 State Avenue, Suite 360<br>Kansas City, KS 66101<br>913–551–6730<br>Fax: 913–551–6541<br>Alternative Phone:<br>Cell Phone:<br>Email: david.zabel@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Number: 17887*<br>*Bar Status: Active* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/31/2017 | | | ARREST (Rule 5(c)(3) Out) of Ryan Charles McCraw. (kao) (Entered: 11/01/2017) |
| 10/31/2017 | 1 | | MINUTE ENTRY for proceedings held before Magistrate Judge Teresa J. James: FPD appointed. INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Ryan Charles McCraw held on 10/31/2017. Identity Hearing – Waived. Defendant orally moves for a detention hearing. A continuance of that hearing is granted. Detention Hearing set for 11/3/2017 at 02:30 PM in KC Courtroom 223 (JPO) before Magistrate Judge James P. O'Hara. Temporary detention Ordered; defendant remanded to custody. (Tape #3:35 FTR/JPO.) (kao) (Entered: 11/01/2017) |
| 10/31/2017 | 2 | | CJA 23 FINANCIAL AFFIDAVIT by Ryan Charles McCraw. (kao) (Entered: 11/01/2017) |
| 10/31/2017 | 3 | | WAIVER of of Rule 5 & 5.1 (Identity Hearing) by Ryan Charles McCraw. (kao) (Entered: 11/01/2017) |
| 11/02/2017 | 4 | | ENTRY OF APPEARANCE: by attorney David M. Magariel appearing for Ryan Charles McCraw. (Magariel, David) (Entered: 11/02/2017) |
| 11/02/2017 | 5 | | NOTICE OF HEARING CHANGE as to Defendant Ryan Charles McCraw THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Detention Hearing set for 11/3/2017 at 2:00 PM in KC Courtroom 223 (JPO) before Magistrate Judge James P. O'Hara. (ss) (Entered: 11/02/2017) |
| 11/03/2017 | 6 | | MINUTE ENTRY for proceedings held before Magistrate Judge James P. O'Hara: DETENTION HEARING as to Ryan Charles McCraw held on |

|  |  |  | 11/3/2017. Oral motion for pretrial detention by USA granted. Detention ordered. Defendant remanded to custody. (Tape #FTR: 2:08.) (Attachments: #(1) District of Colorado Indictment, #(2) Sealed Commitment to Another District) (mg) (Entered: 11/03/2017) |
|---|---|---|---|
| 11/03/2017 | 7 |  | ORDER OF DETENTION as to Ryan Charles McCraw. Signed by Magistrate Judge James P. O'Hara on 11/03/2017. (mg) (Entered: 11/03/2017) |